1   JAMES V. FITZGERALD, III (State Bar No. 55632)
    NOAH G. BLECHMAN (State Bar No. 197167)
2   McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
    PFALZER, BORGES & BROTHERS LLP
3   1211 Newell Avenue                                    *E-Filed 8/13/09*
    Post Office Box 5288
4   Walnut Creek, CA 94596
    Telephone: (925) 939-5330
5   Facsimile: (925) 939-0203

6   Attorneys for Defendant
    CITY OF SANTA CLARA; SCOTT FITZGERALD and TROY
7   JOHNSON

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE

11

12  INSOOK KIM, individually and as          Case No. CV09-0025 RS
    Successor in Interest for AZIZ R. JAMES,
13  decedent,                                 **STIPULATION AND ORDER TO
                                              CONTINUE DEADLINE TO COMPLETE
14          Plaintiff,                        MEDIATION FOR 90 DAYS**

15      vs.

16  CITY OF SANTA CLARA, SCOTT
    FITZGERALD, TROY JOHNSON and
17  DOES 1 to 50, included,

18          Defendant.

19

20          IT IS HEREBY STIPULATED between the parties as follows:

21          1.      The deadline to complete mediation, currently set for September 8, 2009, per the

22  Court's case management scheduling order, shall be continued for 90 days to December 9, 2009.

23          2.      The Parties have not yet completed sufficient discovery for Plaintiff to make a

24  meaningful settlement demand.  A 90-day extension should allow the parties sufficient time to

25  complete the written discovery and depositions necessary for both sides to better evaluate the

26  settlement value of the case.

27          3.      This request will not affect the trial date, currently set for July 19, 2010, and/or

28  other trial related dates and deadlines.

    Case No. CV09-0025 RS - STIPULATION AND
    ORDER TO CONTINUE DEADLINE TO
    COMPLETE MEDIATION FOR 90 DAYS

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: August 10, 2009

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
CITY OF SANTA CLARA; SCOTT FITZGERALD
and TROY JOHNSON

Dated: August 10, 2009

GEARINGER LAW GROUP

By: _____/s/_____
Brian Gearinger
Attorneys for Plaintiff
INSOOK KIM

Dated: August 10, 2009

LAW OFFICE OF JAI M. GOHEL

By: _____/s/_____
Jai M. Gohel
Attorneys for Plaintiff
INSOOK KIM

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___8/13/09_____

_____
Hon. Richard Seeborg
United States District Court Judge

Case No. CV09-0025 RS - STIPULATION AND      2
ORDER TO CONTINUE DEADLINE TO
COMPLETE MEDIATION FOR 90 DAYS

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330