**GEARINGER LAW GROUP**
825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA 94109-7847
(415) 440-3102

*E-Filed 11/13/09*

BRIAN GEARINGER (State Bar #146125)
R. STEPHEN M. LAROE (State Bar #245269)

JAI M. GOHEL, CA SBN. 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone:  (415) 771-6174
Facsimile:   (415) 474-3748
Email: jaigohel@rocketmail.com

Attorneys for Plaintiff INSOOK KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| INSOOK KIM, individually and as Successor in Interest for AZIZ R. JAMES, decedent,<br><br>Plaintiff,<br>v.<br><br>CITY OF SANTA CLARA, SCOTT FITZGERALD, TROY JOHNSON and DOES 1 to 50, included.<br><br>Defendants. | Case No. CV09-0025 RS<br><br>**STIPULATION MOVING DATE OF FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Hon. Richard Seeborg, Presiding<br><br>Trial Date:  July 19, 2010 |

Plaintiff Insook Kim ("Plaintiff"), Defendants City of Santa Clara, Gary Hosman, Scott Fitzgerald, and Troy Johnson (collectively "Defendants") stipulate as follows:

The Court has scheduled a Case Management Conference for Wednesday, November 18, 2009 at 9:30 a.m.  Lead counsel for Defendants will be in trial on that date and, as a result, will not be able to attend the Further Case Management Conference.   Therefore, Plaintiff and Defendants request that the Court reschedule the Further Case Management Conference for

STIPULATION AND PROPOSED ORDER MOVING DATE OF             1            U.S. DISTRICT COURT CASE NO. CV09-0025 RS
FURTHER CASE MANAGEMENT CONFERENCE

1 | Wednesday, December 16 at 2:30 p.m.  The parties request that Defendants' discovery motion
2 | set for November 18, 2009 at 9:30 a.m. remains on calendar.

3 | **THE PARTIES SO STIPULATE AND REQUEST THAT THE COURT**
4 | **RESCHEDULE THE FURTHER CASE MANAGEMENT CONFERENCE**

5 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6 | Dated:  November 13, 2009       MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
7 |                                 PFALZER, BORGES & BROTHERS LLP

8 |                                 By: /s/ James V. Fitzgerald
9 |                                     JAMES V. FITZGERALD, III
                                        Attorneys for Defendants
10|                                     CITY OF SANTA CLARA; SCOTT FITZGERALD
                                        and TROY JOHNSON

11| Dated:  November 13, 2009       GEARINGER LAW GROUP

13|                                 By: /s/ Brian Gearinger
14|                                     BRIAN GEARINGER
                                        Attorneys for Plaintiff
15|                                     INSOOK KIM

16| Dated:  November 13, 2009       LAW OFFICE OF JAI M. GOHEL

18|                                 By: /s/ Jai M. Gohel
19|                                     JAI M. GOHEL
                                        Attorneys for Plaintiff
20|                                     INSOOK KIM

28 | STIPULATION AND ~~PROPOSED~~ ORDER MOVING DATE OF    2    U.S. DISTRICT COURT CASE NO. CV09-0025 RS
FURTHER CASE MANAGEMENT CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSOOK KIM, individually and as Successor in Interest for AZIZ R. JAMES, decedent,<br><br>　　　　　　　　Plaintiff,<br>　　　v.<br><br>CITY OF SANTA CLARA, SCOTT FITZGERALD, TROY JOHNSON and DOES 1 to 50, included.<br><br>　　　　　　　　Defendants. | Case No. CV09-0025 RS<br><br>[PROPOSED] ORDER MOVING DATE OF FURTHER CASE MANAGEMENT CONFERENCE<br><br>Hon. Richard Seeborg, Presiding<br><br>Trial Date: July 19, 2010 |

The Court having reviewed the parties' stipulation requesting that the Court reschedule the Further Case Management Conference for Wednesday, December 16 at 2:30 p.m. IT IS ORDERED as follows:

The Further Case Management Conference currently scheduled for Wednesday, November 18, 2009 at 9:30 a.m. is rescheduled for Wednesday, December 16, 2009 at 2:30 p.m. The parties are to file a joint Case Management Statement by Friday, December 11, 2009. Defendants' discovery motion set for November 18, 2009 at 9:30 a.m. will remain on calendar.

IT IS SO ORDERED.

Dated: November 13, 2009

By: /s/ Richard Seeborg
Hon. Richard Seeborg
United States District Court Magistrate Judge