JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

*E-Filed 11/19/09*

Attorneys for Defendant
CITY OF SANTA CLARA; SCOTT FITZGERALD, TROY
JOHNSON and GARY HOSMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| INSOOK KIM, individually and as Successor in Interest for AZIZ R. JAMES, decedent,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA, SCOTT FITZGERALD, TROY JOHNSON, and GARY HOSMAN, DOES 1 to 50, included,<br><br>Defendant. | Case No. CV09-0025 RS<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT SCHEDULING ORDER DEADLINES |

IT IS HEREBY STIPULATED between the parties as follows:

1. On May 8, 2009, the Court issued its Case Management Scheduling Order (Document 13, Filed May 8, 2009), in this matter, setting deadlines for non-expert discovery, expert discovery and disclosure as well as other deadlines.

2. The parties have diligently been participating in discovery in this matter. Over the last few months, five depositions have occurred and extensive written discovery has been exchanged. In addition, the parties recently attended a mediation in this matter, though the matter did not resolve.

3. Additional discovery is needed by both sides in this matter to further prepare this matter. For example, Plaintiffs are in the process of setting up an additional seven (7) to ten (10) depositions of the Defendants and their employees. Plaintiffs have already taken three (3) such depositions so far. Further, Defendants will need to take another approximately three to five depositions in this matter.

4. Due to the trial schedule of Defendants counsel, who were scheduled for trial and had jury selection recently (jury selection on November 12th and opening statements were set for November 16th though the matter resolved on November 16th) in a three week jury trial in the U.S. District Court for the Northern District (*DeArmand E. et al. v. City of Antioch et al.* (C08-01709 SI)), as well as the complicating factor of the upcoming Thanksgiving and December holidays, it will be impossible for the parties to complete all such necessary depositions by the current deadline of January 15, 2010. Due to this three week trial in the *DeArmand* case, Defendants' counsel had to defer discovery in many other pending matters to December meaning December is already extremely full of appearances. Furthermore, Defendants counsel will be in trial for three to four weeks starting January 11, 2010, in the U.S. District Court for the Northern District, further complicating the scheduling of such discovery matters (*Stringer et al. v. City of San Pablo, et al*, (C07-3544 MEJ)).

5. In that vein, the parties hereby request that the non-expert discovery deadline, the expert disclosure and discovery deadlines be extended briefly to allow the parties a reasonable opportunity to complete this necessary discovery via an appropriate schedule. The deadlines for pretrial motions is also sought to be moved back one week in light of the changes to the discovery schedule. The pretrial conference and trial dates will not be changed or affected by this requested deadline.

6. These non-expert and expert discovery deadlines have not been continued previously in this action.

/ / /

STIPULATION AND ORDER TO CONTINUE CASE          2
MANAGEMENT DEADLINES CV 09-0025 RS

7. The parties request to modify the current deadlines as follows:

| **Deadline Description** | **Current Date** | **Proposed Modified Date** |
|---|---|---|
| Close of Non-Expert Discovery | January 15, 2010 | February 26, 2010 |
| Plaintiff's Expert Disclosure | February 12, 2010 | March 12, 2010 |
| Defendants' Expert Disclosure | February 26, 2010 | March 26, 2010 |
| Close of Expert Discovery | March 26, 2010 | April 2, 2010 |
| Last Day to Hear Pretrial Motions | May 5, 2010 | May 12, 2010 |
| Pretrial Statements | June 7, 2010 | No change. |
| Pretrial Conference | June 21, 2010 | No change. |
| Trial Date | July 19, 2010 | No change. |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: November 18, 2009

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
CITY OF SANTA CLARA; SCOTT FITZGERALD, TROY JOHNSON and GARY HOSMAN

Dated: November 18, 2009

GEARINGER LAW GROUP
LAW OFFICES OF JAI GOHEL

By: _____
Brian Gearinger / Jai Gohel
Attorneys for Plaintiff INSOOK KIM

## ORDER

The parties have demonstrated good cause to modify the Court's original Case Management Scheduling Order (Document 13, Filed May 8, 2009), as follows:

| **Deadline Description** | **New Deadline Date** |
|---|---|
| Close of Non-Expert Discovery | February 26, 2010 |
| Plaintiff's Expert Disclosure | March 12, 2010 |
| Defendants' Expert Disclosure | March 26, 2010 |
| Close of Expert Discovery | April 2, 2010 |
| Last Day to Hear Pretrial Motions | May 12, 2010 |
| Pretrial Statements | No change. |
| Pretrial Conference | No change. |
| Trial Date | No change. |

The dates, times and deadlines set for the pretrial and trial dates remain the same.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/19/09

Hon. Richard Seeborg
United States District Court Judge

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT DEADLINES CV 09-0025 RS        4