JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

*E-Filed 03/08/2010*

Attorneys for Defendants
CITY OF SANTA CLARA, et.al

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| INSOOK KIM, individually and as Successor in Interest for AZIZ R. JAMES, decedent,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA, SCOTT FITZGERALD, TROY JOHNSON, GARY HOSMAN and DOES 1 to 50, included,<br><br>Defendant. | Case No. CV09-0025 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO MOVE LAST DAY TO HEAR PRETRIAL MOTIONS BY ONE DAY**<br><br>Dept: Courtroom 3,<br>         17th Floor,<br>         450 Golden Gate Ave, San Francisco<br>Judge: Hon. Richard Seeborg<br><br>Trial Date:     July 19, 2010 |

IT IS HEREBY STIPULATED between the parties as follows:

1. On November 19, 2009, the Court issued its Case Management Scheduling Order (Document 39, Filed November 19, 2009), in this matter, setting pretrial deadlines, as well as the last date to hear dispositive motions.

2. Based on the Court's previous calendar to hear dispositive motions, the hearing date in this action was set for Wednesday May 12, 2010. Since then, Your Honor has changed his chambers location and per the new location in San Francisco, the date to hear civil motions was changed from Wednesdays to Thursdays. See the Court's Standing Order-RS, dated January 22, 2010.

3. In order to adhere to the Court's new calendar, the parties hereby stipulate to move the last date to hear dispositive motions in this action by one (1) day, from Wednesday May 12, 2010, to Thursday May 13, 2010. The pretrial conference and trial dates will not be changed or affected by this limited requested change.

4. The parties request to modify the current deadlines as follows:

| **Deadline Description** | **Current Date** | **Proposed Modified Date** |
|---|---|---|
| Close of Expert Discovery | April 2, 2010 | No change |
| Last Day to Hear Pretrial Motions | May 12, 2010 | May 13, 2010 |
| Pretrial Statements | June 7, 2010 | No change. |
| Pretrial Conference | June 21, 2010 | No change. |
| Trial Date | July 19, 2010 | No change. |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: March 3, 2010

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
CITY OF SANTA CLARA; SCOTT FITZGERALD, TROY JOHNSON and GARY HOSMAN

Dated: March 3, 2010

GEARINGER LAW GROUP
LAW OFFICES OF JAI GOHEL

By: __/s/_____
Brian Gearinger / Jai Gohel
Attorneys for Plaintiff INSOOK KIM

# ORDER

The parties have demonstrated good cause to modify the Court's Case Management Scheduling Order (Document 39, Filed November 19, 2009), as follows:

| Deadline Description | New Deadline Date |
|---|---|
| Close of Expert Discovery | No change |
| Last Day to Hear Pretrial Motions | Thursday May 13, 2010 |
| Pretrial Statements | No change. |
| Pretrial Conference | No change. |
| Trial Date | No change. |

The dates, times and deadlines set for the pretrial and trial dates remain the same.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 08, 2010

_____
Hon. Richard Seeborg
United States District Court Judge