JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

***E-FILED 3/16/10***

Attorneys for Defendants
CITY OF SANTA CLARA, et.al

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| INSOOK KIM, individually and as Successor in Interest for AZIZ R. JAMES, decedent,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA, SCOTT FITZGERALD, TROY JOHNSON, GARY HOSMAN and DOES 1 to 50, included,<br><br>Defendant. | Case No. CV09-0025 RS<br><br>STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT/ADJUDICATION<br><br>Judge: Hon. Richard Seeborg<br>Dept: Courtroom 3<br>      17th Floor<br>      450 Golden Gate Ave,<br>      San Francisco<br><br>Trial Date: July 19, 2010 |

IT IS HEREBY STIPULATED between the parties as follows:

1. Plaintiff filed a motion for partial summary judgment on March 11, 2010, based on a regular 35-day calendar schedule with a hearing date currently set for April 15, 2010. Defendants are preparing to file a motion for summary judgment / adjudication. The legal and factual issues underlying both motions are inextricably linked, making a combined briefing schedule with one single date to hear both motions not only feasible and logical, but this will also conserve judicial resources and streamline this dispositive motion process.

2. Trial counsel for Defendants will be in trial in another matter before the Honorable Maxine Chesney (*Moore v. Zeppa, et al.*, C04-1749 MMC) starting on March 22, 2010. Due to the upcoming trial obligation, Defendants had intended to file their motion for summary judgment/adjudication according to this Court's pretrial schedule on or about April 7, 2010, for a hearing date on May 13th. Plaintiff's early filing of her motion for summary adjudication, which would require the Defendants to file their opposition by March 25, 2010, while trial counsel are tied up in trial in another matter, unfairly prejudices Defendants' diligent preparation of their opposition papers as well as their own motion for summary judgment/adjudication. In addition, after Defendants' file a motion for summary judgment/adjudication, this would lead to two separate hearing dates on these intertwined dispositive motions.

3. Therefore, to accommodate the Parties' and the Court's schedule, the Parties agree to the following briefing schedule, which re-sets the hearing date for all dispositive motions to May 13, 2010. That hearing date is still within the original timeline set by the Court and will not interfere with the other pretrial and trial dates set by this Court.

| Document | Filing Deadline / Hearing Date |
|---|---|
| Plaintiff's Motion for Summary Adjudication | March 11, 2010 (e-filed). |
| Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment, and Defendants' Cross-Motion for Summary Judgment / Adjudication | April 1, 2010 |
| Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment | April 8, 2010 |
| Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment / Adjudication | April 22, 2010 |
| Defendants' Reply to Plaintiff's Opposition to Defendants Cross-Motion for Summary Judgment / Adjudication | April 29, 2010 |
| Hearing Date for Plaintiff's Motion and Defendants' Cross-Motion | May 13, 2010 |

4. It should be noted that Plaintiff's counsel suggests that the Court may prefer to decline to permit the Parties to file reply briefs per this briefing schedule. However, Defendants' counsel adamantly seek to maintain the right to file a reply brief in support of it dispositive motion. If the Court elects to permit reply briefs, then Plaintiff likewise will file a reply brief.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: March 16, 2010

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants

Dated: March 16, 2010

GEARINGER LAW GROUP
LAW OFFICES OF JAI GOHEL

By: /s/ Gearinger, Brian_____
Brian Gearinger / Jai Gohel
Attorneys for Plaintiff INSOOK KIM

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND ORDER RE DISPOSITIVE MOTION
BRIEFING SCHEDULE - CV09-0025 RS

3

## ORDER

The parties have demonstrated good cause to modify the briefing schedule and re-set the date for the hearing of Plaintiff's motion for partial summary judgment and Defendants' cross-motion for summary judgment / adjudication as follows:

| Document | Filing Deadline / Hearing Date |
|---|---|
| Plaintiff's Motion for Partial Summary Judgment | March 11, 2010 (e-filed). |
| Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment, and Defendants' Cross-Motion for Summary Judgment / Adjudication | April 1, 2010 |
| Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment | April 8, 2010 |
| Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment / Adjudication | April 22, 2010 |
| Defendants' Reply to Plaintiff's Opposition to Defendants Cross-Motion for Summary Judgment / Adjudication | April 29, 2010 |
| Hearing Date for Plaintiff's Motion and Defendants' Cross-Motion | May 13, 2010 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/16/10

Hon. Richard Seeborg
United States District Court Judge