**\*E-Filed 03/22/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INSOOK KIM, individually and as Successor in Interest for AZIZ R. JAMES, Decedent,<br><br>Plaintiff,<br>v.<br><br>CITY OF SANTA CLARA; SCOTT FITZGERALD; TROY JOHNSON; and DOES 1 to 50, inclusive,<br><br>Defendants. | No. C 09-00025 RS<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The motion filed by defendants City of Santa Clara, Scott Fitzgerald, and Troy Johnson for leave to exceed the page limit in their motion for summary judgment is hereby denied.

IT IS SO ORDERED.

Dated: 03/22/2010

_[signature]_
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-00025 RS
ORDER