1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  MCNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendants
   CITY OF SANTA CLARA; SCOTT FITZGERALD;
7  TROY JOHNSON; GARY HOSMAN

*E-Filed 03/26/2010*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| INSOOK KIM, individually and as Successor in Interest for AZIZ R. JAMES, decedent,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA, SCOTT FITZGERALD, TROY JOHNSON and DOES 1 to 50, included,<br><br>Defendant. | Case No. CV09-0025 RS<br>**AMENDED**<br>[PROPOSED] **SEALING ORDER**<br><br>**AS MODIFIED BY THE COURT**<br>[N.D. CIVIL L.R. 79-5]<br><br>Dept: Courtroom 3,<br>       17th Floor,<br>       450 Golden Gate Ave.,<br>       San Francisco, CA<br><br>Judge: Hon. Richard Seeborg<br><br>Trial Date:   July 19, 2010 |

Plaintiff's administrative motions to seek leave to file documents under seal per Civil L.R. 79-5, (docket numbers 52 and 61), came before this Court. Good cause having been shown, and after full consideration of the moving papers and supporting documents, and the Declaration of James V. Fitzgerald, III, in support of a sealing order on behalf of the Defendants, the Court finds that Plaintiff's motions to file documents under seal per Civil L.R. 79-5 is hereby GRANTED.

///

///

Case No. CV09-0025 RS - [PROPOSED]
SEALING ORDER

ACCORDINGLY, IT IS HEREBY ORDERED that the following documents shall be filed under seal:

1. Plaintiff Kim's Brief in Support of Motion for Partial Summary Judgment;
2. Declaration of Brian Gearinger In Support of Plaintiff Kim's Brief in Support of Motion for Partial Summary Judgment;
3. Exhibits J, K, P, Q and R attached to Mr. Gearinger's Declaration;
4. ~~Defendants' Opposition to Plaintiff Kim's Brief in Support of Motion for Partial Summary Judgment;~~
5. Plaintiff Kim's Brief in Support of Motion for leave to File a Second Amended Complaint;
6. Declaration of Stephen LaRoe In Support Of Plaintiff Kim's Motion for Leave to File a Second Amended Complaint;
7. Exhibits J, K and L attached to Mr. LaRoe's Declaration.
8. ~~Defendants' Opposition to Plaintiff Kim's Brief in Support of Motion for leave to File a Second Amended Complaint.~~

IT IS SO ORDERED.

Dated: 03/26/2010

Hon. Judge Richard Seeborg
United States ~~Magistrate~~ Judge
District

Case No. CV09-0025 RS - ~~[PROPOSED]~~ SEALING ORDER

2