**\*E-Filed 03/29/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INSOOK KIM, individually and as Successor in Interest for AZIZ R. JAMES, Decedent,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF SANTA CLARA; SCOTT FITZGERALD; TROY JOHNSON; and DOES 1 to 50, inclusive,<br><br>　　　　　　　　Defendants.<br>_____/ | No. C 09-00025 RS<br><br>**ORDER FOR DOCKET ENTRY [74] TO BE REMOVED FROM THE COURT'S DOCKET** |

United States District Court — For the Northern District of California

Due to a clerical error, docket entry [74] in the above-captioned case was posted via the Court's electronic filing system. The Clerk is directed to remove this document and its accompanying exhibits from the docket.

IT IS SO ORDERED.

Dated: 03/29/2010

　　　　　　　　　　　　　　　　　　　　　　／s／ Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

No. C 09-00025 RS
ORDER