***E-Filed 05/19/2010***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INSOOK KIM, individually and as Successor in Interest for AZIZ R. JAMES, Decedent,<br><br>        Plaintiff,<br>    v.<br><br>CITY OF SANTA CLARA; SCOTT FITZGERALD; TROY JOHNSON; GARY HOSMAN; PHIL COOKE; DIANE BISHOP; and DOES 1 to 50, inclusive,<br><br>        Defendants.<br>_____/ | No. C 09-00025 RS<br><br>**JUDGMENT** |

Pursuant to the May 19, 2010, order denying plaintiff's motion for partial summary judgment and granting defendants' motion for summary judgment, judgment is entered in favor of defendants City of Santa Clara, Scott Fitzgerald, Troy Johnson, Gary Hosman, Phil Cooke, and Diane Bishop, and against plaintiff Insook Kim.

The Clerk is directed to close this case.

Dated: 05/19/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-00025 RS
ORDER